UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| United States Of America, | * |
|    Plaintiff and | * |
|    Judgment Creditor, | * |
| v. | * Civil No. HM-92-1289-C |
| RAE P. BERNARD, | * |
|    Defendant and | * |
|    Judgment Debtor, | * |
| and | * |
| Baltimore County Department of | * |
| Social Services | * |
| One Investment Place | * |
| Baltimore, Maryland 21204, | * |
|    Garnishee. | * |

## GARNISHEE ORDER

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee to obtain payment on a debt due the United States in the amount of $8,793.57, plus additional interest until paid in full. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on January 25, 2001, stating that at the time of the service of the Writ of Continuing Garnishment, no claims for services had been filed by the Judgment Debtor with the Garnishee. The Garnishee stated in the Answer of the Garnishee, that their system has been noted to deduct 25% of any future claims for payment due to the Judgment Debtor as claims are filed, in response to this garnishment until ordered to cease by the court.

On or about January 22, 2001, the Defendant and Judgement Debtor was notified of her right to a hearing and has not requested a hearing to determine exempt property.

IT IS ORDERED that Garnishee pay the sum of <u>25% of any claim payments</u> to Plaintiff and Judgment Creditor and continue said payments until the debt to the Plaintiff and Judgment Creditor is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the Defendant and Judgement Debtor or until further Order of this Court.

_Mar 1, 2001_
Date

_____
United States District Judge

MAR - 2

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| United States Of America, | * |
|     Plaintiff and<br>    Judgment Creditor, | *<br>* |
| v. | * Civil No. HM-92-1289-C |
| RAE P. BERNARD, | * |
|     Defendant and<br>    Judgment Debtor,<br>and | * |
| Baltimore County Department of<br>Social Services<br>One Investment Place<br>Baltimore, Maryland 21204, | * |
|     Garnishee. | * |

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

FEB 27 P 3:30

CLERK'S OFFICE

BY_____ DEPUTY

CERTIFICATION OF SERVICE OF
DOCUMENTS ON DEFENDANT AND JUDGEMENT DEBTOR

The United States of America, the Defendant and Judgement Debtor herein, hereby certifies that a copy of the Application for Writ of Continuing Garnishment and Writ of Continuing Garnishment, along with the initial Clerk's Notice to Defendant and Judgement Debtor was sent to the Defendant and Judgment Debtor by first class mail on or about January 22, 2001 to the last known address of the Defendant and Judgement Debtor, and service was made upon the Garnishee on or about January 19, 2001.

Stephen M. Schenning
United States Attorney

By: /s/ Tamera L. Fine
Tamera L. Fine
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692
(410) 209-4800
Trial Bar No. 024751